**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――

**No. 07-6454**

―――――――――

KRIS SARAYN KOLLYNS, a/k/a Kristopher S.
Kollins, a/k/a John Wayne Todd, a/k/a Johnnie
W. Todd,

                                                      Plaintiff - Appellant,

          versus

SOUTH CAROLINA DEPARTMENT OF MENTAL HEALTH,

                                                       Defendant - Appellee,

          and

GEORGE GINTOLI; W. RUSSELL HUGHES; BRENDA E.
YOUNG-RICE,

                                                               Defendants.

―――――――――

Appeal from the United States District Court for the District of
South Carolina, at Anderson.   Cameron McGowan Currie, District
Judge.   (8:04-cv-01599-CMC)

―――――――――

Submitted:  August 22, 2007         Decided:  September 6, 2007

―――――――――

Before NIEMEYER, MOTZ, and DUNCAN, Circuit Judges.

―――――――――

Affirmed by unpublished per curiam opinion.

―――――――――

Kris Sarayn Kollyns, Appellant Pro Se.   Andrew Todd Darwin,
HOLCOMBE, BOMAR, GUNN & BRADFORD, PA, Spartanburg, South Carolina,
for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kris Sarayn Kollyns appeals a district court order and judgment adopting the magistrate judge's report and recommendation and dismissing his complaint that he was being denied access to the courts. We have reviewed the record and the district court's order and affirm for the reasons of the district court. See Kollyns v. S.C. Dep't of Mental Health, No. 8:04-cv-01599 (D.S.C. Mar. 14, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED